UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS, | No. 1:21-cv-00091-NONE-HBK |
| Plaintiff, | VOLUNTARY DISMISSAL WITH PREJUDICE UNDER FED. R. CIV. P. 41(a)(1)(A)(i) |
| v. | |
| MOHAMED HAMOOD ALHALEMI, et al., | ORDER TO CLERK TO ASSIGN TO DISTRICT JUDGE |
| Defendants. | (Doc. No. 12) |

On March 24, 2021, plaintiff filed a Notice of Voluntary Dismissal citing Fed. R. Civ. P. 41(a)(1)(A)(i) advising the court that plaintiff is dismissing this case with prejudice and each party will bear their own respective fees and costs. (Doc. No. 12). No defendant has answered nor moved for summary judgment.

Accordingly:

The Clerk of Court shall enter a dismissal with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i), terminate all pending motions, assign this case to a district judge and close this case.

IT IS SO ORDERED.

Dated:     March 25, 2021

*[signature]*
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE